**Thomas J. BARKER, Petitioner–Appellant,**

v.

**Patricia STANSBERRY, Warden, Respondent–Appellee.**

No. 08–7137.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 13, 2009.

Decided: March 3, 2009.

Thomas J. Barker, Appellant Pro Se. Michael Bredenberg, Raleigh, North Carolina, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, Christina Ann Thompson, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas J. Barker, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barker v. Stansberry,* No. 5:07–hc–02112–D (E.D.N.C. June 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*